# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thorson, Becky R. | 2. Court or Organization<br><br>United States District Court, District of Minnesota | 3. Date of Report<br><br>05/18/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge, Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

346 Warren E Burger Federal Building and US Courthouse
316 N Robert Street, Suite 346
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Bar Association, Minnesota Chapter |
| 2. | Board of Trustees | Mitchell Hamline School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Robins Kaplan, LLP Defined Benefit Plan, former law firm, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | 2015 | ▓▓▓▓ salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Department of State | 06/27/2015-07/03/2015 | Ukraine | Provide Education to Ukraine Judges | Transportation, meals, hotel |
| 2. | Administrative Office | 05/06/2015-05/08/2015 | Duluth, MN | Court Bench Meeting | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 05/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Company | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 05/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Bank, 3M Stock, common | C | Dividend | L | T | | | | | |
| 2.  Wells Fargo Bank, 3M Stock, common | D | Distribution | L | T | Sold (part) | 04/20/15 | K | D | 3M Company |
| 3.  Wells Fargo Bank, Accounts | A | Interest | M | T | | | | | |
| 4.  National Financial Services LLC, 3M Stock (Fidelity) | D | Dividend | O | T | | | | | |
| 5.  National Financial Services LLC, 3M Stock Option Plan (Fidelity) | A | Distribution | O | T | Sold (part) | 03/17/15 | N | G | 3M Stock Option |
| 6.  National Financial Services LLC, 3M US GESPP (Fidelity) | C | Dividend | K | T | | | | | |
| 7.  National Financial Services LLC, 3M Restricted Stock Unit (Fidelity) | | None | L | T | | | | | |
| 8.  US Bank, Accounts | A | Interest | M | T | | | | | |
| 9.  Robins Kaplan LLP Profit Sharing & Savings Plan:Fidelity (G) (H) | | | | | | | | | |
| 10.  - TRP New Income | A | Dividend | | | Sold | 03/20/15 | L | C | |
| 11.  - TRP New Income | | Distribution | | | Sold | 03/20/15 | L | C | Rollover to TSP |
| 12.  - SPTN 500 Index Inst | | | | | | | | | |
| 13.  - SPTN 500 Index Inst | | Distribution | | | Sold | 03/20/15 | O | G | Rollover to TSP |
| 14.  - MSIF Mid Cap Grth I | | | | | | | | | |
| 15.  - MSIF Mid Cap Grth I | | Distribution | | | Sold | 03/20/15 | L | D | Rollover to TSP |
| 16.  - GS Midcap Value Inst | | | | | | | | | |
| 17.  - GS Midcap Value Inst | | Distribution | | | Sold | 03/20/15 | K | C | Rollover to TSP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 05/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - FID Low Priced Stk K | | | | | | | | | |
| 19.   - FID Low Priced Stk K | | Distribution | | | Sold | 03/20/15 | K | D | Rollover to TSP |
| 20.   - FID Asset Mgr 50% | | | | | | | | | |
| 21.   - FID Asset Mgr 50% | | Distribution | | | Sold | 03/20/15 | K | D | Rollover to TSP |
| 22.   - FID Asset Mgr 20% | A | Dividend | | | | | | | |
| 23.   - FID Asset Mgr 20% | | Distribution | | | Sold | 03/20/15 | K | C | Rollover to TSP |
| 24.   - Dodge & Cox Intl Stk | | | | | | | | | |
| 25.   - Dodge & Cox Intl Stk | | Distribution | | | Sold | 03/20/15 | K | B | Rollover to TSP |
| 26.   - Thornburg Int Val RS | | Dividend | | | | | | | |
| 27.   - Thornburg Int Val RS | | Distribution | | | Sold | 03/20/15 | K | C | Rollover to TSP |
| 28.   Robins Kaplan LLP Supplemental Retirement Plan Cash Surrender Value | C | Interest | M | T | | | | | |
| 29.   ▇ Retirement Account: (H1) (H) | | | | | | | | | |
| 30.   - S&P 500 Stock Index Fund | C | Dividend | N | T | | | | | |
| 31.   - Growth Stock Fund | C | Dividend | M | T | | | | | |
| 32.   - International Stock Fund | B | Dividend | M | T | | | | | |
| 33.   - Value Stock Index Fund | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII: Becky Thorson's retirement holdings consist of the Robins Kaplan LLP Supplemental Retirement Plan and the Robins Kaplan LLP Defined Benefit Pension Plan ( See Section II). The Supplemental Plan as of June 2, 2015 is valued at $143,799. This plan was funded by Robins Kaplan LLP. The Becky Thorson Supplemental Retirement Plan Trust ( a grantor trust) holds a Variable Universal Life Policy from the Minnesota Life Company. She has no control over this trust. The Cash Surrender Value of the policy funds the Supplemental Retirement Plan.

Section VII: The entire Robins Kaplan LLP Profit Sharing & Savings Plan (Fidelity) was rolled over into the Thrift Savings Plan in March of 2015.

Section VII: National Financial Services (Fidelity) holds                          Theses shares when excercised are reportable through

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 05/18/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Becky R. Thorson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544